Submitted on record and briefs February 1, appeal dismissed March 13, 2002

William Stirling MAXWELL,
*Appellant,*

*v.*

Michael R. STEBBINS
and Nickolas C. Nylander,
*Respondents.*

99 CV 0130; A112488

42 P3d 339

William Stirling Maxwell filed the brief *pro se.*

Charles D. Carlson and Brown, Roseta, Long, McConville, Kircullen & Carlson, filed the brief for respondent Michael R. Stebbins.

Joel S. DeVore and Luvaas, Cobb, Richards & Fraser, P.C., filed the brief for respondent Nickolas C. Nylander.

Before Landau, Presiding Judge, and Brewer and Schuman, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff filed a complaint against defendants, which was dismissed with prejudice following motions to dismiss under ORCP 21. Plaintiff appealed the judgment dismissing the complaint. Meanwhile, plaintiff filed a motion to set aside the judgment pursuant to ORCP 71 B(1). The trial court denied the motion, and plaintiff now appeals that decision. In *Maxwell v. Stebbins (A108022)*, 180 Or App 48, 42 P3d 336 (2002), we held that the trial court erred in dismissing the complaint with prejudice. That decision renders this appeal moot.

Appeal dismissed.